UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Damian Zabrodin, and Imran Gashimli *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 22-cv-07064-KAM-MMH

*Plaintiffs*,

**CERTIFICATE OF DEFAULT**

- *against* -

Silk 222, Inc., and Khurshed Kurbanov,

*Defendants*.
-------------------------------------------------------------X

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Silk 222, Inc., ("Defaulting Defendant") has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
      March 14, 2023

                                Brenna B. Mahoney, Clerk of Court

                    By:   *Jalitza Poveda*
                           Deputy Clerk