UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DAMIAN ZABRODIN, IMRAN GASHIMLI,

        Plaintiffs,                        JUDGMENT
                                              22-cv-7064-KAM-MMH

        -against-

SILK 222, INC., KHURSHED KURBANOV,

        Defendants.
------------------------------------------------------------ X

An Order of the Honorable Kiyo A. Matsumoto, United States District Judge, having

been filed on November 20, 2023, granting in part and denying in part Plaintiffs' Motion for

Default Judgment against Defendants Silk 222, Inc. and Khurshed Kurbanov, and deeming

Defendants jointly and severally liable; it is

ORDERED and ADJUDGED that Plaintiffs' Motion for Default Judgment against Silk

222, Inc. and Khurshed Kurbanov is granted in part and denied in part; that Defendants are

deemed jointly and severally liable; and that Plaintiff Zabrodin is granted $24,740 in total

damages and $1,363.35 in pre-judgment interest, and Plaintiff Gashimli is granted $22,230 in

total damages and $1,268.62 in pre-judgment interest.; it is

FURTHER ADJUDGED that Plaintiffs are awarded post-judgment interest on all sums

awarded, and an additional $5,207 in attorneys' fees and $587.30 in costs.

Dated: Brooklyn, NY                              Brenna B. Mahoney
       November 20, 2023                   Clerk of Court

                                             By: */s/Tiffeny Lee-Harris*
                                                Deputy Clerk